UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE PROJECT, LLC, a New York limited liability company, and DR. PETER BACH,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC., a Delaware corporation, GRAIL, INC., a Delaware corporation, and COMPUTERSHARE TRUST COMPANY, N.A.,<br><br>Defendants. | Case No. 1:24-cv-03872-DLC<br><br>AFFIDAVIT OF JAMES H. FORTE NOTICE OF MOTION OF DEFENDANT COMPUTERSHARE TRUST COMPANY, N.A. TO DISMISS COMPLAINT <u>PURSUANT TO FED. R. CIV. P. 12(b)(6)</u> |

STATE OF NEW JERSEY  )
                     ) ss.:
COUNTY OF MORRIS     )

JAMES H. FORTE, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and of the firm of Saiber LLC, attorneys for defendant Computershare Trust Company, N.A. ("Computershare").

2. Attached are copies of the following exhibits to which Computershare refers in its memorandum of law in support of its motion to dismiss the Complaint of plaintiffs' Life Project, LLC and Dr. Peter Bach pursuant to Fed. R. Civ. P. 12(b)(6);

    (a) Complaint with exhibits attached thereto, attached as Exhibit A; and

    (b) Merger Agreement among Illumina, Inc., SDG Ops, Inc., SDG Ops, LLC and

GRAIL, Inc. dated as of September 20, 2020 without exhibits, attached as Exhibit B.

_____
JAMES H. FORTE

Sworn and subscribed to
this 20th day of August, 2024

_____
NOTARY PUBLIC

RACHAEL E TUCKER
Notary Public, State of New Jersey
Comm. # 50200492
My Commission Expires 7/11/2027