```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :
LIFE PROJECT, LLC, et al.,              :
                                        :   24cv3872(DLC)
                         Plaintiffs,    :
              -v-                       :   ORDER
                                        :
GRAIL, INC., et al.,                    :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 20, 2024, defendants filed motions to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiffs shall file any amended complaint by September 13, 2024. It is unlikely that plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiffs shall file any opposition to the motions to dismiss by September 13, 2024. Defendants' replies, if any, shall be filed by September 27. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, pursuant to Rule 5(B) of the Court's Individual Rules of Practice in Civil Cases, the plaintiffs shall file on ECF, by September 13, a letter no longer than two pages explaining the basis for their belief that diversity of citizenship exists.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for September 6, 2024 is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         August 21, 2024

                                          _____
                                              DENISE COTE
                                          United States District Judge