```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
                                        :
LIFE PROJECT, LLC, et al.,              :
                                        :    24cv3872(DLC)
                        Plaintiffs,     :
            -v-                         :       ORDER
                                        :
GRAIL, INC., et al.,                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 20, 2024, defendants filed motions to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On September 13, the plaintiffs filed an amended complaint. On September 18, defendants were granted an extension to October 11 to file any renewed motions to dismiss. On October 11, defendants filed renewed motions to dismiss pursuant to Rule 12(b)(6), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that the defendants' August 20 motions shall be terminated as moot.

IT IS FURTHER ORDERED that plaintiffs shall file any opposition to defendants' renewed motions to dismiss by November 1. Defendants shall file any reply by November 15. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or

delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 15, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge

2