UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIFE PROJECT, LLC, et al.,

                    Plaintiff,

-against-                                 24 **CIVIL** 3872 (DLC)

**JUDGMENT**

GRAIL, INC., et al.,

                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 05, 2025, the October 11 motions to dismiss brought by GRAIL and Illumina and by Computershare are granted. Plaintiffs' November 1 motion for discovery is denied. Judgment is hereby entered for the defendants and the case is closed.

**Dated:**  New York, New York

        February 6, 2025

                                                   **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                            **BY:**

                                                    **Deputy Clerk**